IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SANFORD LEONARD RYLES, #167820,      )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )      CASE NO. 2:14cv754-WHA
                                     )
ROBERT BENTLEY, et al.,              )                  (WO)
                                     )
            Defendants.              )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #15),

entered on September 3, 2014.  There being no timely objection filed to the Recommendation,

and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that the Plaintiff's Motion to Certify Case as a Class Action (Doc. #8) is

DENIED.  This case is referred back to the Magistrate Judge for further proceedings.

DONE this 24th day of September, 2014.


                    /s/  W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE